IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOSEPH C. RAY, | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:12cv00022 |
| | § | |
| TEXAS HOME HEALTH OF | § | |
| AMERICA, LP, | § | |
| *Defendant* | § | |

## ORDER REFERRING CASE TO MEDIATION

Comes now the Court and Orders that this case be submitted to mediation in accordance with the Court's Mediation Plan. The Mediator assigned is **Herman Bates**. The Mediator's address and telephone number is 224 E. Lufkin Avenue, Lufkin, Texas, 936-634-3346.

The mediation conference shall be conducted by the following date: <u>12-21-2012.</u>

The Court appoints **Charles Dendy** as lead counsel who shall be responsible for working with the mediator and counsel to coordinate a date for the mediation.

Upon completion of the mediation, the Mediator shall submit a Mediator's Report to the Presiding Judge within five days of the completion of the mediation conference.

SO ORDERED and SIGNED this _____ day of _____, 2012.


_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE