**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| JOSEPH C. RAY § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | CIVIL ACTION NO. 9:12CV00022 |
| TEXAS HOME HEALTH OF § | |
| AMERICA, LP § | |
| § | |
| Defendant. § | |

## AGREED MOTION TO FILE UNDER SEAL

Plaintiff Joseph C. Ray ("Ray" or "Plaintiff") and Defendant Texas Home Health of America, LP ("Texas Home Health" or "Defendant") file this Agreed Motion to File Under Seal.

Plaintiff has filed a lawsuit under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §§ 201, *et seq*. Defendant denies Plaintiff's allegations. However, without any admission of liability by any party, Plaintiff and Defendant have entered into a Confidential Settlement and Release Agreement ("Agreement"). A true and correct copy of this Agreement is attached hereto under seal as Exhibit "A." Plaintiff and Defendant have attached this Agreement under seal so that it can be reviewed *confidentially* by the Court in its consideration of the Agreed Motion For Court Approval of Settlement Agreement and Entry of Stipulated Judgment. The parties wish to maintain the confidentiality of the settlement agreement.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court: (i) enter an order granting the Agreed Motion to File Under Seal; (ii) order that such Agreement remain under seal after the conclusion of this litigation; and, (iii) grant such other further relief that the Court deems just or necessary.

-2-

**DATED:** May 31, 2012    Respectfully submitted,

Bracewell & Giuliani LLP

/s/ Robert S. Nichols_____
Robert S. Nichols
Attorney-in-Charge
State Bar No. 15006400
Federal Court No. 17118
711 Louisiana, Suite 2300
Houston, Texas 77002
E-Mail:  bob.nichols@bgllp.com
Telephone:  (713) 221-1259
Facsimile:  (713) 222-3269

Colleen Higgins Schultz
State Bar No. 24056280
Federal Court No. 860555
1445 Ross Ave, Suite 3800
Dallas, Texas 75202
E-Mail: colleen.higgins@bgllp.com
Telephone:  (214) 758-1083
Facsimile:  (214) 758-8380

ATTORNEYS FOR DEFENDANT
TEXAS HOME HEALTH OF AMERICA, LP

Charles R. Dendy, Attorney at Law

/s/ Charles R. Dendy_____
Charles R. Dendy
State Bar No. 05737700
109 N. Second Street
Lufkin, Texas 75901
E-Mail:  cdendy-attorney@consolidated.net
Telephone: (936) 639-2388
Facsimile:  (936) 639-2370

ATTORNEY FOR PLAINTIFF
JOSEPH C. RAY

## CERTIFICATE OF SERVICE

I hereby certify that, on May 31, 2012, I have served a true and correct copy of the Agreed Motion to File Under Seal via the Court's electronic filing system on the following counsel of record:

    Charles R. Dendy
    Attorney at Law
    109 N. Second Street
    Lufkin, Texas 75901

An Agreed Motion to File under Seal has been filed. I hereby certify that, on May 31, 2012, I have served a true and correct copy of the sealed document attached to the Agreed Motion to File Under Seal via certified mail, return receipt requested on the following counsel of record:

    Charles R. Dendy
    Attorney at Law
    109 N. Second Street
    Lufkin, Texas 75901

                                        /s/ Robert S. Nichols_____
                                        Robert S. Nichols