IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOSEPH C. RAY | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 9:12CV00022 |
| TEXAS HOME HEALTH OF AMERICA, LP | § | |
| | § | |
| Defendant. | § | |

## ORDER SEALING CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

On this day, this Court considered the parties' Agreed Motion to File Under Seal, and the Court, having considered the Motion and the Confidential Settlement and Release Agreement hereby orders that the Agreed Motion to File Under Seal should be **GRANTED**.

**THEREFORE, IT IS ORDERED** that the Agreed Motion to File Under Seal is **GRANTED**. The Clerk is hereby **ORDERED**: (i) to seal the Confidential Settlement and Release Agreement in the case captioned, *Joseph C. Ray v. Texas Home Health of America LP*, In the United States District Court for the Eastern District of Texas, Lufkin Division, Civil Action No. 9:12CV00022, that is attached to the Agreed Motion to File Under Seal, under seal, as Exhibit "A"; and (ii) that the Confidential Settlement and Release Agreement shall remain under seal after the conclusion of this litigation until further order of this Court.

So **ORDERED** and **SIGNED** this **31** day of **May, 2012.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE