IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOSEPH C. RAY, | § | |
|     *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:12cv00022 |
| | § | |
| TEXAS HOME HEALTH OF | § | |
| AMERICA, LP, | § | |
|     *Defendant* | § | |

## MOTION TO WAIVE FOURTEEN DAY WAITING PERIOD

Plaintiff moves to waive the fourteen (14) day period to serve or file written objections to the findings and recommendations of the magistrate judge, which was signed May 31, 2012 by United States Magistrate Judge Judith Guthrie, and requests the District Judge enter a final judgment immediately.

    Respectfully submitted,

    CHARLES R. DENDY
    Attorney at Law
    109 North Second Street
    Lufkin, TX 75901
    (936) 639-2388
    Fax: (936) 639-2370
    E-mail:cdendy-attorney@consolidated.net

    By: /s/Charles R. Dendy
        Charles R. Dendy
        State Bar No. 05737700
        Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

Counsel for plaintiffs hereby certifies that he has conferred with counsel for defendants and they do not object to the filing of this motion.

/s/Charles R. Dendy
Charles R. Dendy

## CERTIFICATE OF SERVICE

I certify that on this 4th day of June, 2012, the foregoing instrument was served through the District's e-filing system.

/s/Charles R. Dendy_____
Charles R. Dendy