IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JOSEPH C. RAY | § | |
| v. | § | CIVIL ACTION NO. 9:12CV22 |
| TEXAS HOME HEALTH OF AMERICA, LP | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #20) recommends that the Agreed Motion for Court Approval of Settlement Agreement and Entry of Stipulated Judgment (document #18) be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Agreed Motion for Court Approval of Settlement Agreement and Entry of Stipulated Judgment (document #18) is **GRANTED** and the above-styled lawsuit is **DISMISSED** with prejudice as set forth in the Stipulated Final Judgment. Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **19** day of **June, 2012.**

Ron Clark, United States District Judge