IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOSEPH C. RAY | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 9:12CV00022 |
| TEXAS HOME HEALTH OF AMERICA, LP | § § | |
| | § | |
| Defendant. | § | |

## STIPULATED FINAL JUDGMENT

On this day, this Court considered the parties' Agreed Motion for Court Approval of Settlement Agreement and Entry of Stipulated Judgment and, after reviewing that motion, the pleadings on file and the Confidential Settlement and Release Agreement filed under seal, the Court finds there are genuine disputes both as to law and to fact including disputes as to, among other matters, defenses, hours worked, backpay, liquidated damages and attorneys' fees. The Court further finds the amount to be paid to Plaintiff and the amount of attorneys' fees provided for in the settlement agreement are fair and reasonable. Finding the settlement agreement fair and reasonable, the Court hereby **ORDERS** that the Agreed Motion for Court Approval of Settlement Agreement and Entry of Stipulated Judgment be **GRANTED**.

Plaintiff's causes of actions against Defendant and this entire action are **DISMISSED WITH PREJUDICE**. All attorneys' fees and costs incurred by the parties shall be paid by the parties incurring them except to the extent expressly provided otherwise in the parties' settlement agreement.

So **ORDERED** and **SIGNED** this **19** day of **June, 2012.**

_____
Ron Clark, United States District Judge

#4091270.4

**ACCEPTED AND AGREED:**


Bracewell & Giuliani LLP

/s/ Robert S. Nichols_____
Robert S. Nichols
Attorney-in-Charge
State Bar No. 15006400
Federal Court No. 17118
711 Louisiana, Suite 2300
Houston, Texas 77002
E-Mail:  bob.nichols@bgllp.com
Telephone:  (713) 221-1259
Facsimile:  (713) 222-3269

Colleen Higgins Schultz
State Bar No. 24056280
Federal Court No. 860555
1445 Ross Ave, Suite 3800
Dallas, Texas 75202
E-Mail: colleen.higgins@bgllp.com
Telephone:  (214) 758-1083
Facsimile:  (214) 758-8380

ATTORNEYS FOR DEFENDANT
TEXAS HOME HEALTH OF AMERICA, LP



Charles R. Dendy, Attorney at Law

/s/ Charles R. Dendy_____
Charles R. Dendy
State Bar No. 05737700
109 N. Second Street
Lufkin, Texas 75901
E-Mail:  cdendy-attorney@consolidated.net
Telephone: (936) 639-2388
Facsimile:  (936) 639-2370

ATTORNEY FOR PLAINTIFF
JOSEPH C. RAY

#4091270.4